UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: BRUCE CHERRY   CHAPTER 7
Case No. 07-64715
HON. WALTER SHAPERO

_____/

OBJECTION TO PLAN

MARY BETH LEIJA, through her attorney, Kurt O'Keefe, objects to Debtor's plan as follows:

1. The plan is not filed in good faith, as her claim of more than $7,000, secured by Debtor's residence, is neither scheduled nor treated in the plan.

FEBRUARY 13, 2008


_____/S/_____
Kurt O'Keefe P30718
Attorney for Creditor Mary Beth Leija
3156 Penobscot Building
Detroit MI 48226-4105
313.962.4630