IN RE: **BRUCE CHERRY**

Debtor.

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
17117 W. Nine Mile Road, Suite 925
Southfield, MI 48075
(248) 443-7033
_____/

Case Number: 07-64715 WSD
Chapter 13
Judge SHAPERO

## ORDER CONFIRMING PLAN

The debtor(s) Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. '1325(a) are met.

Therefore, IT IS HEREBY ORDERED that debtor(s) Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of ACCLAIM LEGAL SERVICES, PLLC attorney for the debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **$3,000.00** in fees and $0 in expenses, and that the portion of such claim which has not already been paid, to-wit: **$3,000.00** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the debtor(s) shall maintain all policies of insurance on all property of the debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. '502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due to the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [Only provisions checked below apply]
[X] The debtor shall remit 100 % of all tax refunds to which debtor is entitled during pendency of the Plan and shall not alter withholdings without Court approval. The Internal Revenue Service is ordered to direct to the Chapter 13 Trustee the requisite refund to which the Debtor becomes entitled during the pendency of this Chapter 13 proceeding
[ ] The debtor's Plan payments shall be increased to $_____ per Bi-weekly effective the 25th day of February, 2008.
[X] Other: Creditor, Mary Beth Leija, shall have a secured claim in the amount of $9,000.00. The claim shall be paid directly by Debtor after plan expiration and the Trustee shall not make disbursement on such claim as it is deferred until plan expiration or dismissal. The claim shall not accrue interest during the pendency of debtor's Chapter 13 plan.

**OBJECTIONS WITHDRAWN:**

/s/ Kurt O'Keefe_____ .
Kurt O'Keefe, for Mary Beth Leija

  /s/ Tammy Terry_____
STANDING CHAPTER 13 TRUSTEE
Tammy Terry, Chapter 13 Standing Trustee
535 Griswold
Detroit, MI 48226

/s/ Stacy M. Davis_____
Attorney for Debtor(s):
Acclaim Legal Services, PLLC
Stacy M. Davis (P65658)
William D. Johnson (P54823)
17117 West Nine Mile Road, Suite 925
Southfield, MI 48075
(248) 443-7033

.

**Signed on March 27, 2008**

_____ __/s/ Walter Shapero_____
**Walter Shapero**

United States Bankruptcy Judge